THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Hidayatullah Ali Khalil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>MUZDHA KHALIL,<br>AMANULLAH KHALIL,<br>HIDAYATULLAH ALI KHALIL, and<br>WAHIDULLAH KHALIL,<br><br>Defendants. | Case No.: 2:09-CR-0258-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date: December 6, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated and agreed to between all parties, that the Trial Confirmation Hearing scheduled for November 18, 2011 should be vacated, and reset for July 6, 2012. It is also stipulated and agreed to between all parties, that the jury trial scheduled for December 6, 2011 should be vacated, and reset for July 31, 2012.

The parties further stipulate and agree that the period from the date of this stipulation through and including July 31, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4. Counsel for defendants require additional time for continuity of counsel and preparation of counsel for trial. Accordingly, all parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

1

| | | |
|---|---|---|
| Dated: November 15, 2011 | | Respectfully Submitted, |
| | | */s/ Thomas A. Johnson*<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>HIDAYATULLAH ALI KHALIL |
| Dated: November 15, 2011 | | */s/ Thomas A. Johnson for*<br>CANDACE FRY<br>Attorney for<br>WAHIDULLAH KHALIL |
| Dated: November 15, 2011 | | */s/ Thomas A. Johnson for*<br>CARO MARKS<br>Attorney for<br>MUZDHA KHALIL |
| Dated: November 15, 2011 | | */s/ Thomas A. Johnson for*<br>CHRIS HAYDN-MYER<br>Attorney for<br>AMANULLAH KHALIL |
| Dated: November 15, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Thomas A. Johnson   for*<br>DOMINIQUE N. THOMAS<br>Assistant U.S. Attorney |

O R D E R

**IT IS HEREBY ORDERED:** That the Trial Confirmation Hearing scheduled for November 18, 2011 is vacated, and reset for July 6, 2012. It is also ordered that the jury trial scheduled for December 6, 2011 is vacated, and reset for July 31, 2012. It is further ORDERED that the time under the Speedy Trial Act between today's date and July 31, 2012, is excluded under Local Code T4, and 18 U.S.C. § 3161(h)(7), to ensure continuity of counsel and adequate time for defense counsel to prepare for trial. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through July 31, 2012.

11/17/11

GARLAND E. BURRELL, JR.
United States District Judge