| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, Bar #185395 |
| | Research and Writing Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MUZDHA KHALIL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-258-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE FOR** |
| | ) | **MUZDHA KHALIL** |
| MUZDHA KHALIL, et al., | ) | |
| | ) | Date: October 19, 2012 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney STEVEN LAPHAM, and Research and Writing Attorney, RACHELLE BARBOUR, attorney for MUZDHA KHALIL, that the status conference set for September 21, 2012 for Ms. Khalil be rescheduled to October 19, 2012, at 9:00 a.m.

Defense counsel has recently received this case from Assistant Federal Defender Caro Marks, who has retired from our office. The government has referred Ms. Khalil's case to the Pretrial Services Office for the preparation of a pretrial diversion report. Pretrial Services requires time to complete its investigation and provide the report to the parties. It is anticipated that the parties will resolve

Khalil - Stip. & Order

the case through a term of pretrial diversion.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 19, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 18, 2012        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Public Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Designated Counsel for Service
                                 Attorney for MUZDHA KHALIL

DATED: September 18, 2012        BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Rachelle Barbour for
                                 STEVEN LAPHAM
                                 Assistant U.S. Attorney

//
//

Khalil - Stip. & Order                2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 21, 2012, status conference hearing be continued to October 19, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 19, 2012 hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow counsel reasonable time to prepare.

Dated: September 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Khalil - Stip. & Order                3