1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00258-GEB |
| ) Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| ) HIDAYATULLAH ALI KHALIL, and ) WAHIDULLAH KHALIL, et al., ) | |
| ) Defendants. ) | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Wahidullah Khalil and Hidayatullah Ali Khalil, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1), defendants Wahidullah Khalil and Hidayatullah Ali Khalil's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Vacant land located at 494 Serpa Way, Folsom, CA, APN: 072-2740-022.

2. The above-listed property constitutes property that was involved in or traceable to violations of 31 U.S.C. § 5324(a)(3).

1    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the
4 Internal Revenue Service - Criminal Investigation, in its secure
5 custody and control.
6    4.   Once the above-listed real property has been forfeited
7 and sold, defendant Wahidullah Khalil shall be allowed to make a
8 claim to any net proceeds in excess of $300,000 realized from the
9 sale of the real property, once all expenses and legitimate liens
10 have been paid.
11   5.   a.   Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating
12 21 U.S.C. § 853(n), and Local Rule 171, the United States shall
13 publish notice of the order of forfeiture.  Notice of this Order
14 and notice of the Attorney General's (or a designee's) intent to
15 dispose of the property in such manner as the Attorney General
16 may direct shall be posted for at least 30 consecutive days on
17 the official internet government forfeiture site
18 www.forfeiture.gov.  The United States may also, to the extent
19 practicable, provide direct written notice to any person known to
20 have alleged an interest in the property that is the subject of
21 the order of forfeiture as a substitute for published notice as
22 to those persons so notified.
23        b.   This notice shall state that any person, other than
24 the defendants, asserting a legal interest in the above-listed
25 property, must file a petition with the Court within sixty (60)
26 days from the first day of publication of the Notice of
27 Forfeiture posted on the official government forfeiture site, or
28 within thirty (30) days from receipt of direct written notice,

whichever is earlier.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

SO ORDERED.

Dated: November 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge