```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2724
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,    )
 9                               )   CR. NO. S-09-258 GEB
              Plaintiff,         )
10                               )   GOVERNMENT'S MOTION TO
         v.                      )   DISMISS INDICTMENT AS TO
11                               )   MUZDHA KHALIL
    MUZDHA KHALIL,               )
12                               )
              Defendants.        )
13  _____)
14
            Pursuant to Rule 48(a) of the Federal Rules of Criminal
15
    Procedure, and the diversion agreement previously entered into
16
    with the defendant, the United States respectfully moves this
17
    court for an order dismissing the indictment as to Muzdha Khalil
18
    only.
19
    DATED: March 12, 2013
20
                                      BENJAMIN B. WAGNER
21                                    United States Attorney
22
                                  By: /s/R. Steven Lapham
23                                    R. STEVEN LAPHAM
                                      Assistant U.S. Attorney
24
25
26
27
28

                                  1
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2724

 5

 6              IN THE UNITED STATES DISTRICT COURT FOR THE

 7                    EASTERN DISTRICT OF CALIFORNIA

 8
    UNITED STATES OF AMERICA,     )
 9                                )      CR. NO. S-09-258 GEB
              Plaintiff,          )
10                                )      ORDER DISMISSING
         v.                       )      INDICTMENT AS TO
11                                )      MUZDHA KHALIL ONLY
    MUZDHA KHALIL,                )
12                                )
              Defendants.         )
13  _____)

14

15       Based on the government's motion to dismiss the

16  indictment against Muzdha Khalil,

17       IT IS HEREBY ORDERED that the above-captioned Indictment

18  be and hereby is dismissed as to Muzdha Khalil only.

19       IT IS FURTHER ORDERED that the Clerk of the District

20  Court return Muzdha Khalil's passport to her.

21  Dated:  March 26, 2013

22

23  _____
                        GARLAND E. BURRELL, JR.
24                      Senior United States District Judge
```